In the Matter of the Voluntary Dissolution of SEAMERLIN OPER-ATING Co., INC. T. VICTOR SEARING, Respondent; BARTOLO MERLINO, as Committee of ANTHONY MERLINO, An Incompetent, Appellant.

Submitted April 21, 1954; decided April 22, 1954.

*Louis George Rudd* for motion.

*Bernard Lefkowitz* opposed.

Motions granted and case set down for argument in the Court of Appeals on May 20, 1954.